476 A.2d 82

Shaw v. Swank Construction, et al., Appellant.

Argued November 29, 1983. Avrum Levicoff, for appellant; Laurel B. Diznoff, for appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Order reversed and case remanded for further proceedings not inconsistent with this opinion.

Jurisdiction relinquished.